UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC,<br><br>                Plaintiff,<br><br>   v.<br><br>SYSCO RIVERSIDE INC,<br><br>                Defendant. | CASE NO. C20-494 MJP<br><br>ORDER DENYING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES |

This matter comes before the Court on the Parties' Stipulated Motion to Continue Trial and Extend Pretrial Deadlines. (Dkt. No. 13.) Having reviewed the motion, the Court does not find good cause to extend the deadlines. The Parties have not provided a sufficient record justifying the need for an extension of 90 days of the trial date and pretrial deadlines. They have not identified what discovery has been completed or what remains to be completed, and they have not explained why any further discovery necessitates an extension of the case deadlines. Nor does the Court find good cause to extend the deadlines to allow the parties to negotiate a

ORDER DENYING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES - 1

1  settlement of this matter. The parties are free to negotiate at any time and the request for time to
2  do so does not persuade the Court to find good cause to extend any case deadlines.
3      The Motion is DENIED without prejudice to bring a renewed motion curing the defects
4  noted above.
5      The clerk is ordered to provide copies of this order to all counsel.
6      Dated December 21, 2020.

Marsha J. Pechman
United States District Judge