UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, <br><br> Plaintiff, <br><br> v. <br><br> SYSCO RIVERSIDE INC, <br><br> Defendant. | CASE NO. C20-494 MJP <br><br> ORDER GRANTING IN PART STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES |

This matter comes before the Court on the Parties' Second Stipulated Motion to Continue Trial and Extend Pretrial Deadlines. (Dkt. No. 15.) Having reviewed the motion, the Court finds limited find good cause to extend certain case deadlines and GRANTS the Motion in part. While the Parties have provided additional argument to support a limited extension, they have not provided good cause to extend the trial date or to other existing deadlines as requested. The Parties also admit they disregarded the Court's scheduling order and reached a side-agreement to stay discovery. The Parties are not permitted to disregard the Court's scheduling orders even if by mutual agreement. Such conduct does not qualify as "good cause" to justify an extension.

1  Notwithstanding this misstep, the Court finds an extension of two interim deadlines warranted,

2  while keeping all other deadlines as set forth in the existing scheduling order, (Dkt. No. 12). The

3  Court sets the following new deadlines:

4      All motions related to discovery due by: January 14, 2021

5      Discovery completed by: February 11, 2021

6      The clerk is ordered to provide copies of this order to all counsel.

7      Dated January 5, 2021.

*[signature]*

Marsha J. Pechman
United States District Judge