The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

      Plaintiff,

      v.

SYSCO RIVERSIDE, INC., a Delaware
Corporation

      Defendant.

Case No. 2:20-cv-00494-MJP

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

***Noted For Consideration:***
March 18, 2021

TO:        THE CLERK OF THE COURT

AND TO:    PLAINTIFF and its attorneys of record

      COME NOW the parties to this litigation, by and through their undersigned counsel of

record, and hereby stipulate and request that the Court enter an order dismissing all of the claims

and causes of action in the above-captioned case with prejudice and without costs or attorneys'

fees to any party.

///

///

STIPULATION AND ORDER FOR DISMISSAL
W/PREJUDICE Case No. 2:20-CV-00494-MJP
4817-3640-5724.1

- 1 -

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1          STIPULATED and AGREED this 18th day of March, 2021.

2

3

4       *s/ Russell J. Reid*                                     */s/ Ryan P. Hammond*

                                               Ryan P. Hammond, WSBA No. 38888

5       *s/ Thomas A. Leahy*                        Littler Mendelson, P.C.

       Russell J. Reid, WSBA No. 2560           One Union Square

6       Thomas A. Leahy, WSBA No. 26365      600 University Street, Suite 3200

       Reid, McCarthy, Ballew & Leahy, LLP     Seattle, WA  98101.3122

7       100 West Harrison Street                 Phone: 206.623.3300

       North Tower, Suite 300                  Fax:         206.447.6965

8       Seattle, WA 98119                     E-Mail:      rhammond@littler.com

       Phone:      206.285-0464

9       Fax:         206.285.8925               Attorneys for Defendant

       E-Mail:      rjr@rmbllaw.com

10                    tom@rmbllaw.com

11

12      Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR DISMISSAL      - 2 -            LITTLER MENDELSON, P.C.

W/PREJUDICE Case No. 2:20-CV-00494-MJP                  One Union Square

4817-3640-5724.1                                      600 University Street, Suite 3200

                                                 Seattle, WA  98101.3122

                                                 206.623.3300

1

## <u>ORDER</u>

2

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court

3

hereby orders that any and all claims brought, or that could have been brought, against Defendant

4

in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own

5

fees and costs.

6

**IT IS SO ORDERED.**

7

8

DATED:  March 18, 2021

9

10

11

*(signature)*
_____
The Honorable Marsha J. Pechman
United States District Court Judge

12

13

14

*Presented by:*

15

16

*s/ Ryan P. Hammond*
_____
Ryan P. Hammond (WSBA No. 38888)

17

rhammond@littler.com
LITTLER MENDELSON, P.C.

18

Attorneys for Defendant

19

*Approved as to form and content,*

20

*Notice of Presentation Waived:*

21

*s/ Russell J. Reid*
_____
*s/ Thomas A. Leahy*
_____

22

23

Russel J. Reid (WSBA No. 2560)
Thomas A. Leahy, (WSBA No. 26365)

24

rjr@rmbllaw.com
tom@rmbllaw.com

25

REID, MCCARTHY, BALLEW & LEAHY, LLP

26

Attorneys for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
W/PREJUDICE Case No. 2:20-CV-00494-MJP
4817-3640-5724.1

- 3 -

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300